CSD 3007 [10/01/12]

# UNITED STATES BANKRUPTCY COURT
Southern District of California

In re

Ryan McKernan

Bankruptcy Case No. 14-01895-LA7

Debtor

Adversary Proceeding No. 14-90105

Kimberly Miller

Plaintiff

v.

Ryan McKernan

Defendant

# SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk

Clerk, United States Bankruptcy Court
Southern District of California
325 West "F" Street
San Diego, California 92101-6991

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney

Alton F. Kuperman
11512 El Camino Real, Suite 350
San Diego, CA 92130

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Barry K. Lander, Clerk

Dated: 6/10/14                    By: _____, Deputy Clerk

CSD 3007